United States District Court
For Southern West Virginia District

La Shawn Lee, Reg. 04-30-088
FCI Beckley
P.O. Box 350
Beaver, West Virginia 25813
          Plaintiff


FILED
JUN 12 2006
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

v.

Civil Action No. 5:06-0454
Request Jury Trial

Director John Doe
Federal Bureau of Prisons
321 First Street, N.W.
Washington DC.

Regional Director John Doe
Federal Bureau of Prisons
10010 Junction Drive
Annapolis Junction, Maryland

Warden Charles T. Felt,
Clinic Director, and Assistant
Warden Sue Kengle
FCI Beckley
P.O. Box 1200
Beaver, West Virginia 25813
          All Defendants in their
Professional and Individual Capacities.
          Defendant(s)

2.

## Complaint For Unliquidated Damage's Pursuant to 42 U.S.C. § 1983

### Statement of Facts

All named Defendants have directly and/or indirectly through negligence and deliberate indifferents acted to violate my eighth Amendment Rights to Medical Treatment and Services by deprivation and depriving Plaintiff Medical Treatment.

### I. Mitigating Fact

Plaintiff Lee arrived at FCI Beckley on or about January 2006, and was never given a Physical Examination upon arrival nor Treatment injury of Groin and Lower Back.*

II. <u>Gross Malfeasance</u>

The Director, Regional Director, and Warden Felts act in cahoots with Associate Warden and Medical Staff to deprive Medical Treatment to Plaintiff Lee and other inmates similarity situated in violation of eighth Amendment. And this is not an isolated incident, but rather normal practise.......

III. <u>Remedy Sought</u>

1. Court order issued <u>Granting</u> Compensatory damages in amount of $200,000.00 dollars

2. Court order issued <u>Granting</u> Punitive damages in amount of $150,000.00 dollars

3. Court order issued <u>Granting</u> Declaratory Judgment and Injunctive Relief

4.

## Certification of Service

I certify that under penalty of perjury that above is true, and that a true copy has been forwarded to Clerk via prepaid postage on this 5 day of June 2006

Respectfully Submitted,

*(signature)*
LaShawn Lee
Reg 06430-088
FCI Beckley
P.O. Box 350
Beaver, W.V. 25813